MR. Beverly A. Claiborne #36863-083
United States Penitentiary
Lee County, Virginia
P.O. Box 305
Jonesville, Va 24263-0305

Knoxville P&DC TN 37_
TUE 17 MAY 2016 PM

The United States District Court
For the Eastern District
701 East Broad Street
Suite 3000
Richmond, Va 23219

U.S. MARSHALS SERVICE
INSPECTED

Legal Mail